**RECEIVED**

JAN 29 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TAMMY BELMON BELL | CIVIL ACTION NO. 12-844 |
|---|---|
| -vs- | JUDGE DRELL |
| JON C THORNBURG | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons detailed in a separate ruling signed on this date, the Court enters the following dispositions.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) The Report and Recommendations by the Magistrate Judge (Doc. 26) is adopted only insofar as it sets forth the factual background of the case; the legal recommendation is **NOT ADOPTED**.

(2) The Motion to Remand by Plaintiff (Doc. 7) is **DENIED**.

(3) The Motion for Summary Judgment (Doc. 5) is **GRANTED** and Plaintiff's claims under the Louisiana Employment Discrimination Law, La. R.S. 23:301, *et seq.*, are **DENIED and DISMISSED with PREJUDICE**.

SIGNED on this 29th day of January, 2013 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT